**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

Eastern District of Kentucky
FILED

JUN 2 0 2024

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.**                                           INDICTMENT NO. 5:24CR53.KKC.EBA

**LARRY RAY COFFMAN**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>
**18 U.S.C. § 1591(a)(1)**
**18 U.S.C. § 3559(e)**

On or about a date in February 2023, in Mercer County, in the Eastern District of Kentucky,

**LARRY RAY COFFMAN**

in and affecting interstate commerce, did knowingly recruit, entice, harbor, maintain, patronize, or solicit by any means a person, Minor 1, who had not attained the age of 18 years, knowing, and in reckless disregard of the fact, that Minor 1 had not attained the age of 18 years and would be caused to engage in a commercial sex act, and having had a reasonable opportunity to observe Minor 1.

It is further alleged that the Sexual Exploitation of a Child, as alleged above, occurred subsequent to **LARRY RAY COFFMAN's** conviction in Boyle County Circuit Court for a sex conviction in which a minor had not attained the age of 17 years was the victim, that is Rape 2nd Degree and Sodomy 2nd Degree, where the offenses involved

digital, vaginal, and oral sex with an 11-year-old minor female. **LARRY RAY COFFMAN** pled guilty to these offenses on January 6, 2005. On March 10, 2005, he was sentenced to 12 years of imprisonment.

All in violation of 18 U.S.C § 1591(a)(1) and 3559(e).

**COUNT 2**
**18 U.S.C. § 1591(a)(1)**
**18 U.S.C. § 3559(e)**

On or about a date in February 2023, in Mercer County, in the Eastern District of Kentucky,

**LARRY RAY COFFMAN**

in and affecting interstate commerce, did knowingly recruit, entice, harbor, patronize, or solicit by any means a person, Minor 2, who had not attained the age of 18 years, knowing, and in reckless disregard of the fact, that Minor 2 had not attained the age of 18 years and would be caused to engage in a commercial sex act, and having had a reasonable opportunity to observe Minor 2, all in violation of 18 U.S.C § 1591(a)(1).

It is further alleged that the Sexual Exploitation of a Child, as alleged above, occurred subsequent to **LARRY RAY COFFMAN's** conviction in Boyle County Circuit Court for a sex conviction in which a minor had not attained the age of 17 years was the victim, that is Rape 2nd Degree and Sodomy 2nd Degree, where the offenses involved digital, vaginal, and oral sex with an 11-year-old minor female. **LARRY RAY COFFMAN** pled guilty to these offenses on January 6, 2005. On March 10, 2005, he was sentenced to 12 years of imprisonment.

All in violation of 18 U.S.C § 1591(a)(1) and 3559(e).

## COUNT 3
### 18 U.S.C. § 2260A

On or about a date in February 2023, in Mercer County, in the Eastern District of Kentucky,

**LARRY RAY COFFMAN,**

an individual required to register by Federal and other law to register as a sex offender, committed a felony offense involving a minor, that is, Sex Trafficking of a Minor under Title 18, United States Code, Section 1591(a)(1), all in violation of Title 18, United States Code, Section 2260A.

**A TRUE BILL**

**CARLTON S. SHIER IV**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNTS 1-2:**    If the offense was effected by means of force, threats of force, fraud or coercion, or by any combination of such means, or if the person recruited, enticed, harbored, transported, provided, obtained, advertised, patronized, or solicited had not attained the age of 14 years at the time of such offense, not less than 15 years nor more than life imprisonment, not more than $250,000 fine, and not more than 5 years supervised release.

If the offense was not effected by means of force, threats of force, fraud or coercion, and the person recruited, enticed, harbored, transported, provided, obtained, advertised, patronized, or solicited had attained the age of 14 years but had not attained the age of 18 years at the time of such offense, not less than 10 years nor more than life imprisonment, not more than $250,000 fine, and not more than 5 years supervised release.

However, a person convicted of a federal sex offense, as defined in 18 U.S.C. § 3559(e), in which a minor is the victim shall be sentenced to life imprisonment if the person has a prior sex conviction in which a minor was the victim.

**COUNT 3:**    Imprisonment for ten years served consecutively to the term of imprisonment imposed for the felony offense(s) involving a minor; a fine of not more than $250,000; and a term of supervised release of not more than 3 years.

**PLUS:**    Mandatory special assessment of $100 per count.

Additional mandatory special assessment of $5,000 per count, pursuant to 18 U.S.C. § 3014, for non-indigent Defendants convicted of certain offenses, including those in chapters 77, 109A, 110, and 117.

**PLUS:**    Restitution, if applicable.